## GILLASPY v. GARRAT.

Court of Common Pleas.   December, 1805.

*Rodney's Notes.*

*Bayard* in support of the verdict, and *Hall* and *Ridgely* against.

CHIEF JUSTICE BOOTH and JUSTICE BARRATT against setting aside verdict.   RODNEY, J., *contra.*